FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 MAY 17 A 11: 44

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WAYNE R. AMSPACHER,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION d/b/a CHASE,<br><br>Defendant. | Civil No. 1:12-cv-3476 |

## STIPULATION OF DISMISSAL

Plaintiff Wayne R. Amspacher and Defendant Chase Bank USA, National Association, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and having reached a mutual resolution of the above-captioned matter, hereby dismiss the above-captioned matter in its entirety, with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Jason A. Ostendorf<br>Jason A. Ostendorf (Bar No. 28495)<br>LAW OFFICE OF JASON OSTENDORF LLC<br>One Corporate Center, Suite 400<br>10451 Mill Run Circle<br>Baltimore, Maryland 21117-5594<br>Telephone: 410.356.8859<br>Jostendorf@ostendorflaw.com<br><br>*Counsel for Plaintiff*<br>*Wayne R. Amspacher*<br><br>Dated: May 16, 2013 | /s/ Joshua J. Gayfield<br>Joshua J. Gayfield (Bar No. 29189)<br>E. Hutchinson Robbins, Jr. (Bar No. 11927)<br>MILES & STOCKBRIDGE P.C.<br>100 Light Street<br>Baltimore, Maryland 21202<br>Telephone: 410.385.3734<br>Jgayfield@milesstockbridge.com<br><br>*Counsel for Chase Bank USA, N.A.*<br><br>SO ORDERED, on Thursday, May 16, 2013.<br><br>/s/<br>Marvin J. Garbis<br>United States District Judge |